UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Phillip N. Jones,	Civil 06-3838 PJS/FLN

    Plaintiff,

v.	O R D E R

Sheriff Don Gudmundson,
Dakota County Jail,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 14, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment [#10] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 7, 2008	s/Patrick J. Schiltz
	Patrick J. Schiltz
	United States District Judge